UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHENE VALLES, | No. 2:07-cv-02354-LKK-KJM |
|     Plaintiff, | |
|   v. | **RELATED CASE ORDER** |
| TU PHUOC NGUYEN, et al., | |
|     Defendants. | |
| MARIA SOTO, ET AL., | No. 2:06-cv-01612-MCE-DAD |
|     Plaintiffs, | |
|   v. | |
| GREYHOUND LINES, INC., et al., | |
|     Defendants. | |
| DUNBAR AITKENS, | No. 2:06-cv-02077-MCE-DAD |
|     Plaintiff, | |
|   v. | |
| GREYHOUND LINES, INC., et al., | |
|     Defendants. | |

| | | |
|---|---|---|
| 1 | JANICE KUESTER, et al., | No. 2:07-cv-00398-MCE-DAD |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | GREYHOUND LINES, INC., et al., | |
| 5 | Defendants. | |
| 6 | _____/ | |
| 7 | YVONNE A. LA CLAIRE, | No. 2:07-cv-00989-MCE-DAD |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | GREYHOUND LINES, INC., et al., | |
| 11 | Defendants. | |
| 12 | _____/ | |
| 13 | OLGA MEADOR HERRERA, et al., | No. 2:07-cv-01229-MCE-DAD |
| 14 | Plaintiffs, | |
| 15 | v. | |
| 16 | GREYHOUND LINES, INC., et al., | |
| 17 | Defendants. _____/ | |
| 18 | SADIA PUDO AWOK, et al. | No. 2:07-cv-01231-MCE-DAD |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | GREYHOUND LINES, INC., et al., | |
| 22 | Defendants. _____/ | |
| 23 | SHERMAN KINARD, et al., | No. 2:07-cv-01255-MCE-DAD |
| 24 | Plaintiffs, | |
| 25 | v. | |
| 26 | GREYHOUND LINES, INC., et al., | |
| 27 | Defendants. _____/ | |
| 28 | | |

```
KENNETH ALLEN LEAK,                    No. 2:07-cv-01943-MCE-DAD

        Plaintiff,

    v.

GREYHOUND LINES, INC., et al.,

        Defendants.
                                       /
FLORENCE MANEZ TEAGUE,                 No. 2:07-cv-01630-MCE-DAD

        Plaintiff,

    v.

TU PHUOC NGUYEN, et al.,

        Defendants.
                                       /
LARRY D. MARTIN, JR.,                  No. 2:07-cv-01934-MCE-DAD

        Plaintiff,

    v.

GREYHOUND LINES, INC., et al.,

        Defendants.
                                       /
```

   Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1  The parties should be aware that relating the cases under
2  Local Rule 83-123 merely has the result that these action are
3  assigned to the same judge; no consolidation of the actions are
4  effected.  Under the regular practice of this Court, related cases
5  are generally assigned to the district judge and magistrate judge
6  to whom the first filed action was assigned.

7  IT IS THEREFORE ORDERED that the action denominated 2:07-cv-
8  02354-LKK-KJM, <u>Bethene Valles v. Tu Phuoc Nguyen, et al.</u>, is
9  reassigned to Judge Morrison C. England, Jr. and Magistrate Judge
10 Dale A. Drozd for all further proceedings, and any dates currently
11 set in this reassigned case only is hereby VACATED.  The parties
12 are referred to the attached Order Requiring Joint Status Report.
13 Henceforth, the caption on documents filed in the reassigned case
14 shall be shown as 2:07-cv-02354-MCE-DAD.

15 IT IS FURTHER ORDERED that the Clerk of the Court make
16 appropriate adjustment in the assignment of civil cases to
17 compensate for this reassignment.

18 IT IS SO ORDERED.

19 DATED: February 15, 2008

21 _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

4