Stuart C. Talley (SB# 180374)
KERSHAW CUTTER & RATINOFF LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendants. | CASE NO. 2:06-CV-01612 MCE-DAD<br>(*Consolidated Cases*)<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 21, 2009<br>Time: 2:00 p.m.<br>Location: Courtroom 7<br>Judge: Hon. Morrison C. England, Jr. |
| DUNBAR AITKENS,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendants. | CASE NO. 2:06-CV-02077 MCE-DAD |
| JANICE KUESTER,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendants. | CASE NO. 2:07-CV-00398 MCE-DAD |

-1-

| | |
|---|---|
| SADIA PUDO AWOK, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendants. | CASE NO. 2:07-CV-01231 MCE-DAD |
| OLGA MEADOR HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendants. | CASE NO. 2:07-CV-01229 MCE-DAD |
| SHERMAN KINARD,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendants. | CASE NO. 2:07-CV-01255 MCE-DAD |
| FLORENCE MANEZ TEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.<br><br>Defendants. | CASE NO. 2:07-CV-01630 MCE-DAD |

| | |
|---|---|
| LARRY D. MARTIN, JR., | CASE NO. 2:07-CV-01934 MCE-DAD |
| Plaintiff, | |
| v. | |
| GREYHOUND LINES, INC., et al. | |
| Defendants. | |
| GREYHOUND LINES, | |
| Cross-Claimant, | |
| v. | |
| TU PHUOC NGUYEN; and ROES 1 through 50, inclusive. | |
| Cross-Defendants. | |

Defendant, GREYHOUND LINES, INC., on the one hand, and consolidated plaintiffs, DUNBAR AITKENS, JANICE KUESTER, SADIA PUDO AWOK, MARY TARCISYO PUNO, DIANA TARCISYO PUNO, SUSAN TARCISYO PUNO, OLGA MEADOR HERRERA, SHERMAN KINARD, FLORENCE MANEZ TEAGUE, and LARRY D. MARTIN, JR., on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS Defendant GREYHOUND LINES, INC. submitted its Motions for Partial Summary Judgment as to the following consolidated plaintiffs on April 15, 2009 with a hearing date of May 13, 2009:

1) MARIA SOTO;
2) DUNBAR AITKENS,
3) JANICE KUESTER,
4) SADIA PUDO AWOK, MARY TARCISYO PUNO, DIANA TARCISYO PUNO and SUSAN TARCISYO PUNO,
5) OLGA MEADOR HERRERA,

1    6) SHERMAN KINARD,

2    7) FLORENCE MANEZ TEAGUE, and

3    8) LARRY D. MARTIN, JR.;

WHEREAS the parties agreed to continue the hearing date on Defendant's Motions for Partial Summary Judgment for a period of seven days to be heard on May 20, 2009 at 2:00 p.m.;

WHEREAS, on May 4, 2009, the Court entered an order continuing the hearing date on Defendant's Motions for Partial Summary Judgment to May 21, 2009 at 2:00 p.m.;

WHEREAS counsel for plaintiffs DUNBAR AITKENS, JANICE KUESTER, SADIA PUDO AWOK, MARY TARCISYO PUNO, DIANA TARCISYO PUNO, SUSAN TARCISYO PUNO, OLGA MEADOR HERRERA, SHERMAN KINARD is not available for a hearing on May 21, 2009;

WHEREAS the parties agreed to continue the hearing date on Defendant's Motions for Partial Summary Judgment to June 11, 2009 at 2:00 p.m.;

NOW, THEREFORE, with the approval of the Court, the parties stipulate and agree to continue the May 21, 2009 hearing on Defendant's Motions for Partial Summary Judgment to June 11, 2009 at 2:00 p.m. All responsive pleading deadlines will follow the new hearing date.

Dated: _____.        LOMBARDI, LOPER & CONANT, LLP


By _____
    KAREN E. GIQUINTO
    Lake Merritt Plaza
    1999 Harrison Street, Suite 2600
    Oakland, California 94612
    Telephone: (510) 433-2600
*Attorneys for Defendant GREYHOUND LINES, INC.*

Dated: _____.        THOMPSON DERDOWSKI


By _____
    TERRANCE J. THOMPSON
    350 University Ave., Suite 280
    Sacramento, California 95825
    Telephone: (916) 646-2190
*Attorneys for Plaintiff LARRY D. MARTIN, JR.*

Dated: _____.        VANTASSELL, FORNASERO & WAGSTAFFE

                               By _____
                                    PAUL J. WAGSTAFFE
                                    2625 Fair Oaks Blvd., Suite 7
                                    Sacramento, California 95864
                                    Telephone: (916) 444-8633
                               *Attorneys for Plaintiff FLORENCE MANEZ TEAGUE*


Dated: _____.        KERSHAW, CUTTER & RATINOFF LLP

                               By _____
                                    STUART C. TALLEY
                                    401 Watt Avenue
                                    Sacramento, California 95864
                                    Telephone: (916) 448-9800
                               *Attorneys for Plaintiffs JANICE KUESTER, DUNBAR AITKENS, OLGA MEADOR HERRERA, SHERMAN KINARD, SADIA PUDO AWOK, DIANA TARCISYO PUNO, SUSAN TARCISYO PUNO, and MARY TARCISYO PUNO*


Dated: _____.        WALKER, HAMILTON & WHITE

                               By _____
                                    CLARISSA E. KEARNS
                                    50 Francisco Street, Suite 460
                                    San Francisco, California 94133
                                    Telephone: (415) 986-3339
                               *Attorneys for Plaintiff MARIA SOTO*

## **ORDER**

**IT IS HEREBY ORDERED** that the hearing on Defendant's Motions for Partial Summary Judgment, currently set for Wednesday, May 21, 2009, be rescheduled to June 11, 2009 at 2:00 p.m.

**IT IS FURTHER ORDERED** that all responsive pleading deadlines will follow the new hearing date.

DATED: 5/14/2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE