MATTHEW S. CONANT, State Bar No. 94920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　Defendants. | Case No.  2:06-cv-01612-MCE-DAD (*consolidated cases*)<br><br><u>Related with</u>:<br>2:07-cv-01630-MCE-DAD (Teague)<br>2:07-cv-01934-MCE-DAD (Martin)<br><br>**STIPULATION AND VOLUNTARY DISMISSAL AS TO DUNBAR AITKENS' CLAIM**<br><br>Judge:     Hon. Morrison C. England<br><br>Case No. 2:06-CV-02077 MCE-DAD |
| DUNBAR AITKENS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　Defendants. | |

| | |
|---|---|
| JANICE KUESTER, et al., | Case No. 2:07-CV-00398 MCE-DAD |
| Plaintiffs, | |
| v. | |
| GREYHOUND LINES, INC., et al., | |
| Defendants. | |
| SADIA PUDO AWOK, et al., | Case No. 2:07-CV-01231 MCE-DAD |
| Plaintiffs, | |
| v. | |
| GREYHOUND LINES, INC., et al., | |
| Defendants. | |
| OLGA MEADOR HERRERA, et al., | Case No. 2:07-CV-01229 MCE-DAD |
| Plaintiffs, | |
| v. | |
| GREYHOUND LINES, INC., et al., | |
| Defendants. | |
| SHERMAN KINARD, et al., | Case No. 2:07-CV-01255 MCE-DAD |
| Plaintiffs, | |
| v. | |
| GREYHOUND LINES, INC., et al., | |
| Defendants. | |
| BETHENE VALLES, et al. | Case No.: 2:07-cv-02354-LKK-KJM |
| Plaintiffs, | |
| v. | |
| GREYHOUND LINES, INC., et al. | |
| Defendants. | |

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

GREYHOUND LINES,

        Cross-Claimant,

v.

TU PHUOC NGUYEN; and ROES 1 through 50, inclusive,

        Cross-Defendants.

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between defendant GREYHOUND LINES, INC. ("GREYHOUND"), defendant TU PHUOC NGUYEN and plaintiff DUNBAR AITKENS, by and through their undersigned attorneys, that plaintiff DUNBAR AITKEN'S Complaint is dismissed with prejudice as to defendant GREYHOUND only. The dismissal is based on the fact that a mutually agreed upon settlement has been reached on all of the issues between both parties.

This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

All parties to this action that have entered an appearance and that remain in the action have executed this dismissal through the undersigned counsel of record.

Dated: November 9, 2009        LOMBARDI, LOPER & CONANT, LLP

By: */s/ Karen E. Giquinto*
    KAREN E. GIQUINTO
    Attorneys for Defendant
    GREYHOUND LINES, INC.

Dated: October 19, 2009        KERSHAW, CUTTER & RATINOFF, LLP

By: */s/ Stuart Talley*
    STUART TALLEY
    Attorneys for Plaintiff
    DUNBAR AITKEN

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1

Dated: August 31, 2009                                     FIELD & SANDERS

2

3

By: ___*/s/ David M. Sanders*___
4               David M. Sanders
              Attorneys for Defendant§
5             TU PHUOC NGUYEN and
              ENTERPRISE RENT-A-CAR OF
6             OREGON

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

KEG 574633.1                         - 4 -                    CASE NO. 2:06-CV-01612 MCE DAD
                                                              NOTICE OF SETTLEMENT

**ORDER**

Based on the foregoing stipulation of the parties hereto, it is hereby ordered that GREYHOUND LINES, INC. is dismissed from Plaintiff Dunbar's action, with prejudice. The issue of costs and fees has been arranged in accordance to the settlement.

DATED: January 14, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

KEG 574633.1 - 5 - CASE NO. 2:06-CV-01612 MCE DAD
NOTICE OF SETTLEMENT