MATTHEW S. CONANT, State Bar No. 94920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
keg@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant
GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOTO, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:06-cv-01612-MCE-DAD<br>(*consolidated cases*)<br><br>**STIPULATION AND VOLUNTARY DISMISSAL** |
| FLORENCE TEAGUE, et al.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GREYHOUND LINES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:07-cv-01630-MCE-DAD |
| GREYHOUND LINES,<br><br>　　　　　Cross-Claimant,<br><br>v.<br><br>TU PHUOC NGUYEN; and ROES 1 through 50, inclusive,<br><br>　　　　　Cross-Defendants. | |

30407-34934 KEG 592147.1　　　　　　　　　1　　　　　　　　CASE NO. 2:06-CV-01612 MCE DAD

STIPULATION AND VOLUNTARY DISMISSAL

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between defendant GREYHOUND LINES, INC. ("GREYHOUND") and plaintiff FLORENCE TEAGUE, by and through their undersigned attorneys, that plaintiff FLORENCE TEAGUE'S Complaint is dismissed with prejudice as to defendant GREYHOUND only. The dismissal is based on the fact that a mutually agreed upon settlement has been reached on all of the issues between both parties. Each party is to bear their own attorneys fees and court costs.

This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

All parties to this action that have entered an appearance and that remain in the action have executed this dismissal through the undersigned counsel of record.

Dated: December 6, 2010                     LOMBARDI, LOPER & CONANT, LLP

                                            By     */s/ Karen E. Giquinto*
                                                    KAREN E. GIQUINTO
                                            Attorneys for Defendant, GREYHOUND
                                            LINES, INC.

Dated: December 10, 2010                    VANTASSELL, FORNASERO & WAGSTAFFE

                                            By     */s/ Paul J. Wagstaffe*
                                                    PAUL J. WAGSTAFFE
                                            Attorneys for Plaintiff, FLORENCE TEAGUE

**ORDER**

Based on the foregoing stipulation of the parties hereto, and good cause appearing therefore, it is hereby ordered that GREYHOUND LINES, INC. is dismissed from the instant action, filed by Plaintiff Florence Teague, in its entirety with prejudice. The issue of costs and fees has been arranged in accordance to the settlement.

DATED: December 21, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE